**No. 51582.**—Protests 120263–K, etc., of Chas. H. Asche & Co., Inc., et al. (New York).

Opinion by Lawrence, J.   The protests were dismissed.

Before the Third Division, February 28, 1947

**No. 51583.**—Protests 108175–K, etc., of T. H. Lung Co. et al. (Boston, etc.).

Opinion by Cline, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51584.**—Protests 114247–K, etc., of Chas. Hall, Inc., et al. (New York).

Opinion by Cline, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51585.**—Protest 127567–K of Wm. A. Higgins & Co., Inc. (New York).

Opinion by Cline, J.   From an examination of the papers the court was unable to find anything sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

**No. 51586.**—Protest 125291–K of International Expediters, Inc. (New York).

Opinion by Ekwall, J.   An examination of the record disclosing that the protest was not filed within the time prescribed by law under section 514, Tariff Act of 1930, the motion to dismiss was granted.

Before the First Division, March 6, 1947

**No. 51587.**—Protests 72463–K, etc., of D. Lisner & Co. (New York).

Opinion by Oliver, P. J.   It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc. v. United States* (17 Cust. Ct. 56, C. D. 1020).   In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.

**No. 51588.**—Protests 985006–G, etc., of Friedman & Co. et al. (New York).

Opinion by Oliver, P. J.   It was stipulated that the merchandise consists of beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc. v. United States* (17 Cust. Ct. 56, C. D. 1020).   In accordance therewith the claim at 35 percent under paragraph 1503 was sustained.